EXHIBIT 2

The Honorable Cindi Port

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

KEN HOFSCHULTE, et al.,

                Plaintiffs,

     v.

KING COUNTY FIRE CHIEFS
ASSOCIATION, et al.,

                Defendants.

CASE NO. 21-2-14749-2 SEA

DECLARATION OF JAMES LOPEZ

I, James Lopez, declare and state:

1.      I am currently the City of Kirkland's ("the City's") Deputy City Manager for External Affairs, over 18 years of age, and competent to testify and make this statement upon personal knowledge and records maintained by the City.

2.      I have been employed by the City since 2011. I have been in my current role since March 2021, when that position of Assistant City Manager I had served in since February 2018 was reclassified. For the period July 2021 through November 30, 2021, I was also Acting Human Resources Director. Prior to becoming the Assistant City Manager, I served as Director of Human Resources and Performance Management for the City of Kirkland. I have also served as Senior Advisor to the Deputy Secretary at the Department of Housing and Urban Development, Director of the Office of Strategic Planning and Performance Management for King County, and as Deputy Chief of Staff to King County Executive Ron Sims.

DECLARATION OF JAMES LOPEZ - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

3.      On August 9, 2021, Governor Jay Inslee issued Proclamation 21-14, which required health care providers, among others, to be fully vaccinated with a recommended COVID-19 vaccine by October 18, 2021, as a condition of employment ("Vaccine Proclamation"). The Proclamation required covered employers to verify the vaccination status of all employees falling within the scope of the Vaccine Proclamation, absent an exemption based upon an employee's inability to become fully vaccinated due to a disability or sincerely held religious belief.

4.      On that same date, City Manager Kurt Triplett sent an email to all Kirkland employees regarding the mandatory vaccination announcements by the Governor, King County Executive Dow Constantine, and Seattle Mayor Jenny Durkan. The message informed employees that the City had not yet decided whether to make vaccines mandatory for all City employees, explaining:

> The Executive leadership team has considered mandatory vaccinations at several key points over the past year. We have prioritized education and incentives for vaccination instead. Those strategies have worked fairly well. Of the Kirkland employees eligible for the vaccine incentives, 74% have provided verification to HR and qualified for the incentives as of August 2.
>
> However, there are still several hundred full time, part-time and temporary Kirkland employees who have not submitted vaccination verification to HR. We don't know whether these employees are vaccinated or not. We recognize that there are those who cannot get vaccinated. We understand that this is an intensely personal choice for individuals and their families. But as the Delta variant spreads quickly throughout the nation, the unknown vaccination gap may also become a concerning public health risk for both employees and members of the public.

A true and correct copy of Mr. Triplett's August 9, 2021 email is attached hereto as Exhibit 1. As of August 9, 2021, approximately 14.5% of the City's Firefighter/EMTs had submitted vaccination verification.

5.      As part of the leadership team in the City Manager's Office, I participated in discussions regarding the applicability of the Vaccine Proclamation to the City's Firefighter/EMTs,

DECLARATION OF JAMES LOPEZ - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:  (206) 676-7001

1  and in the development of policies and procedures with respect to the implementation of the

2  vaccination requirements at the City.  I was also involved in the development of management's

3  positions in negotiations with the union representing Firefighter/EMTs, the Kirkland Professional

4  Firefighters, International Association of Fire Fighters, Local 2545 ("IAFF') regarding the effects of

5  the vaccination requirement, and participated in negotiations with the IAFF regarding the same.  At

6  an August meeting with the City's representatives, the IAFF initially proposed that the City should

7  use a simple form for employees to request exemptions on religious grounds and suggested wearing

8  N95 masks and gloves would be appropriate accommodations.

9      6.    On August 20, 2021, the Governor issued an amendment to the Vaccine

10  Proclamation (Proclamation 21-14.1).  The Amended Vaccine Proclamation provided that

11  employers were prohibited from providing accommodations to those who requested exemptions

12  based on religious grounds "Without conducting an individualized assessment and determination of

13  each individual's need and justification for an accommodation; i.e., 'rubberstamping'

14  accommodation requests."  A true and correct copy of Amended Proclamation 21.14.1 is attached

15  hereto as Exhibit 2.

16      7.    It is the policy of the City of Kirkland, as set forth in the City of Kirkland

17  Administrative Policy Manual 4-45, to promote and assure equal opportunity based on ability and

18  fitness to all persons regardless of race, sex, marital status, pregnancy or family status, color, creed

19  or religion, national origin, age, veteran *(or military)* status, sexual orientation, gender identity,

20  HIV/AIDS and Hepatitis infection status, genetic information or the presence of any sensory,

21  mental or physical disability or any other status protected by law.  The City's commitment to equal

22  employment opportunity includes providing reasonable accommodations for employees' religious

23  beliefs, where doing so would not impose an undue burden on the City's operations.

24      8.    The City decided that the Human Resources Department staff would evaluate any

25  requests for exemption from the vaccination requirement and work with Fire Department

26  operational staff to identify any accommodations.  Angela Southworth, then Interim Human

DECLARATION OF JAMES LOPEZ - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

Resources Manager, was tasked with evaluating any requests for exemption from the COVID-19 vaccination requirement, working with Fire Department operational staff to identify an appropriate accommodation, and memorializing any accommodation agreements.

9.      As of October 18, 2021, the City of Kirkland's Human Resources Department had received a total of 19 exemption requests from current Firefighter/EMTS, all religious based. In total these requests represent approximately sixteen (16) percent of Kirkland Fire Department employees. The City had also received one religious exemption request from a firefighter candidate who had a conditional offer of employment from the City.

10.     I also participated in deliberations with the Kirkland Fire Department's leadership, with the support of the City Attorney's Office, in evaluating possible reasonable accommodations the City might consider for Firefighter/EMTs who were exempt from the vaccination requirement on religious or medical grounds. Ideas we considered in August 2021 included wearing of N95 masks, use of rapid COVID tests at the beginning of every shift, assignment of all unvaccinated Firefighter/EMTs to a single station, and re-evaluating any protocols every two weeks. As late as September 22, 2021, the City continued to consider whether there were protocols short of vaccination it could use to adequately reduce the risk unvaccinated Firefighter/EMTs would pose to their co-workers and to the public they serve when providing patient care.

11.     Employees seeking religious exemption were asked to complete and submit to Human Resources a "Religious Accommodation Request Form/Request for Exemption from COVID-19 Vaccination" form. The form asked employees to provide a personal statement detailing the religious basis for their vaccination objection. In September 2021, the form identified the following potential accommodations:

1. The City will allow an employee working a 24-hour shift to continue in such an assignment with the following requirements:

   a. N95 worn at all times, including when sleeping.

   b. POCCT at the beginning of every shift (once every 48-hour period).

DECLARATION OF JAMES LOPEZ - 4

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

c. Strict adherence to current KCEMS, King County Fire Chiefs, and/or KFD
practices as they relate to social distancing, self-checks/symptom monitoring, point-
of-care testing, and station and apparatus decontamination.

d. Possibility that employee will be assigned to a different station or 24-hour shift.

2. The City will allow an employee to choose leave-without-pay (unpaid leave of absence)
as an accommodation.

3. The City will allow an employee to choose a change of assignment to a 40-hour
workweek shift.

Employees were asked to indicate which accommodation they would prefer. They were also
informed they could request alternative accommodations, "which the City will consider on a case-
by-case basis."

12.    Based on Amended Proclamation 21-14.1, Ms. Southworth conducted an
individualized assessment and, in conjunction myself and the City Attorneys Office, made and
individualized determination of each individual's need and justification for an accommodation. Ms.
Southworth documented her meetings with each Firefighter/EMT in a "City of Kirkland Religious
Exemption Interactive Meeting" form. A true and correct copy of the form is attached hereto as
Exhibit 4.

13.    On September 23, 2021, we received a copy of the letter from Dr. Thomas Rea,
Medical Program Director for King County EMS and Dr. Michael Sayre, Medical Director of the
Seattle Fire Department, in which they provided their recommendation that "EMS agencies require
full vaccination against SARS-CoV-2 [COVID-19] in order to provide direct patient care." As the
City's Firefighter/EMTs are licensed by King County EMS, the recommendation of the Medical
Directors carries significant weight to City management.

14.    As a result, the City decided that it could not accommodate unvaccinated
Firefighter/EMTs in patient care roles and substantially commingling with vaccinated firefighters.
In addition to the recommendation from Drs. Rea and Sayre to require vaccination for those

DECLARATION OF JAMES LOPEZ - 5

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

providing patient care, factors the City considered included the costs and health risks from unvaccinated Firefighter/EMTs commingling in stations with vaccinated workers; communications from other jurisdictions with whom the City has mutual aid agreements that they would not work with unvaccinated City Firefighter/EMTs; and the risks of liability if COVID-19 transmission was linked to an unvaccinated Firefighter/EMT.

15.     After the City decided that it could not accommodate unvaccinated Firefighter/EMTs in patient care roles or assignments that involved sleeping in stations, Fire Chief Joe Sanford affirmed the Fire Department's commitment to identifying accommodations for any FireFighter/EMTs who sought exemptions from the vaccination requirement on religious or medical grounds. The Fire Department identified work that unvaccinated Firefighter/EMTs could do to support the Department's work, including inspections and maintenance of tools and PPE. The Department also revised the shift-staffing schedule for Firefighter/EMTs at the City's five fire stations to provide coverage while allowing unvaccinated Firefighter/EMTs to work a 40-hour schedule that would not require them to commingle at a station with other employees.

16.     The City provided accommodations for all Firefighter/EMT employees who asked to be exempt from the vaccination requirements based on a sincerely held religious belief and continued to request exemption throughout the process.

**Accommodation of Firefighter/EMT Erik Gustafson:**

17.     Firefighter/EMT Erik Gustafson requested an accommodation for his religious objection to the COVID-19 vaccine. A true and correct copy of Mr. Gustafson's September 24, 2021 Religious Accommodation Request Form is attached hereto as Exhibit 5. In his September 2021 interactive process meeting, he informed Ms. Southworth that his requested accommodation was: "#1 – to stay on shift, wants to keep position." A true and correct copy of the City of Kirkland Religious Exemption Interactive Meeting form for Mr. Gustafson is attached hereto as Exhibit 6.

18.     On Friday, October 1, Ms. Southworth wrote to Mr. Gustafson to inform him:

DECLARATION OF JAMES LOPEZ - 6

1
2
3
4
5
6
7
8

> As a result of medical director recommendations and other considerations, you preferred accommodation is no longer an available option. City management has been in negotiation with your union leadership regarding other accommodation options, in particular moving accommodated firefighters to various day-shift duties, and we are continuing to work out specifics of those transitions. In the meantime, Fire Administration is actively planning for these day-shift positions, including working to prepare and locate space and equipment. In order to timely and effectively plan, we need to determine how many accommodated firefighters want to select moving to day-shift duties as their updated preferred accommodation. The other available accommodation option is to take an unpaid leave of absence beginning on October 18, 2021.

9  Mr. Gustafson wrote back on October 5, 2021, to inform Ms. Southworth, "I prefer to switch to
10 day-shift duties." A true and correct copy of the email exchange between Ms. Southworth and Mr.
11 Gustafson is attached hereto as Exhibit 7.

12       19.     Following an interactive process, where Mr. Gustafson requested modifications to
13 the day-shift accommodation agreement provided by the City, Mr. Gustafson was granted an
14 exemption from mandatory COVID-19 vaccination and assigned to a day-shift position in which his
15 primary duties included ED curriculum and training materials, and FirstWatch QI. The
16 accommodation was implemented effective October 19, 2021, and approved through December 31,
17 2021, with possibility of extension. A true and correct copy of the October 13, 2021 Reasonable
18 Accommodation Agreement signed by Mr. Gustafson and the City is attached as Exhibit 8.

19     **Accommodation of Firefighter/EMT Jesse Disch:**

20       20.     Firefighter/EMT Jesse Disch requested an accommodation for his religious objection
21 to the COVID-19 vaccine. He initially asked to be allowed to "continue with current station
22 masking & social distancing directive." A true and correct copy of Mr. Disch's September 3, 2021
23 Religious Accommodation Request Form is attached hereto as Exhibit 9. In his September 2021
24 interactive process meeting, he informed Ms. Southworth, "Had COVID in Dec and natural
25 immunity, does not think he needs an accommodation. Would take option 1." A true and correct

26

DECLARATION OF JAMES LOPEZ - 7

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  copy of the City of Kirkland Religious Exemption Interactive Meeting form for Mr. Disch is

2  attached hereto as Exhibit 10.

3      21.    Washington's Department of Health ("DOH") specifically answered the question

4  regarding the effectiveness of natural immunity as follows:

> I have had COVID-19 and believe I have natural immunity. Do I still
> have to be fully vaccinated? Yes. The proclamation does not provide
> an exemption for individuals who have previously been infected with
> COVID-19. Experts do not yet know how long you are protected from
> getting sick again after recovering from COVID-19 and recommend
> getting vaccinated regardless of whether you already had COVID-19.
> People are able to get sick with COVID-19 again after they've already
> had it. Studies have shown that vaccination provides a strong boost in
> protection in people who have recovered from COVID-19.

https://www.doh.wa.gov/Portals/1/Documents/1600/coronavirus/505-160-

VaccinationRequirementFAQs.pdf.  Current public health guidance indicates that vaccination offers

stronger protection than immunity than comes from having had COVID-19. *See, e.g.,*

https://www.cdc.gov/media/releases/2021/s0806-vaccination-protection.html;

https://www.nebraskamed.com/COVID/covid-19-studies-natural-immunity-versus-vaccination.

    22.    As with Mr. Gustafson and all other Firefighter/EMTs requesting accommodation,

on Friday, October 1, Ms. Southworth wrote to Mr. Disch to inform him that his preferred option to

remain on shift was no longer available, but that he could select to move to day-shift duties or take

an unpaid leave of absence beginning on October 18, 2021. Mr. Disch replied on October 8, 2021,

to inform Ms. Southworth that he wanted to select the day-shift accommodation. True and correct

copies of October 2021 email exchanges between Ms. Southworth and Mr. Disch are attached

hereto as Exhibit 11.

    23.    Ms. Southworth subsequently sent Mr. Disch an accommodation agreement outlining

the requirements of the proffered day-shift accommodation. Upon reviewing the initial agreement,

Mr. Disch replied requesting several modifications, including, among other things, removal of the

DECLARATION OF JAMES LOPEZ - 8

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

requirement for subsequent vaccination if a vaccine was released that did not involve use of fetal stem cells in development, production, or testing; modification to allow interaction with shift firefighters so that he could properly repair gear; modification to allow a flex schedule so that he could repair academy gear on weekend; a change to his assigned location so that he could use equipment in a specific building; and a change to remove the N95 masking requirements. *Id.*

24.     Ms. Southworth responded to address each of Mr. Disch's requests or concerns, and she provided a revised agreement that removed the subsequent vaccine requirement portion of the accommodation. Ex. 11. Mr. Disch requested additional modifications to the day-shift accommodation agreement provided by the City. *Id.* Fire Administration confirmed that the requested changes were acceptable and that flex time would be helpful and operationally necessary for Mr. Disch's duties. As a result, Ms. Southworth sent Mr. Disch a second revised agreement on October 19. *Id.*

25.     Following the interactive process, Mr. Disch was granted an exemption from mandatory COVID-19 vaccination and assigned to a day-shift position in which his primary duties were PPE repair and inventory, PFT-related policy, and inspections. The accommodation began on October 19, 2021, and was initially approved through December 21, 2021, with the possibility of an extension. A true and correct copy of the Reasonable Accommodation Agreement signed by Mr. Disch on October 19, 2021 is attached as Exhibit 12.

**Accommodation of Firefighter/EMT Mario Magnotti:**

26.     Firefighter/EMT Mario Magnotti requested an accommodation for his religious objection to the COVID-19 vaccine. A true and correct copy of Mr. Magnotti's September 24, 2021 Religious Accommodation Request Form is attached hereto as Exhibit 13. In his September 2021 interactive process meeting, he informed Ms. Southworth that his requested accommodation was: "#3 – consider 40 work week shift." A true and correct copy of the City of Kirkland Religious Exemption Interactive Meeting form for Mr. Magnotti is attached hereto as Exhibit 14.

DECLARATION OF JAMES LOPEZ - 9

27.     As with the other Firefighter/EMTs requesting accommodation, on Friday, October 1, Ms. Southworth wrote to Mr. Magnotti to inform him that his preferred option to remain on shift was no longer available, but that he could select to move to day-shift duties or take an unpaid leave of absence beginning on October 18, 2021.

28.     Upon reviewing the initial day-shift accommodation agreement, Mr. Magnotti replied requesting several modifications to the agreement, including, among other things, removal of the requirement for subsequent vaccination if a vaccine was released that did not involve use of fetal stem cells in development, production, or testing; removal of the requirement to wear a class B uniform; and modification to allow a flex schedule because he lived approximately two hours away. He also requested further information on the leave without pay accommodation option.

29.     Ms. Southworth responded to Mr. Magnotti, addressing his questions, concerns, and requests. True and correct copies of the email exchange between Ms. Southworth and Mr. Magnotti are attached hereto as Exhibit 15. Based on Mr. Magnotti's requests, several changes were made to the accommodation agreement offered to Mr. Magnotti. Ms. Southworth and Mr. Magnotti exchanged several other emails, and Mr. Magnotti elected to stay on the leave without pay option until the IAFF and the City had concluded negotiations with a formal MOU. *Id.*

30.     On November 13, Mr. Magnotti wrote to Ms. Southworth asking to see a copy of the Memorandum of Understanding entered into between the IAFF and City regarding religious accommodation options, which Ms. Southworth provided to him. Mr. Magnotti wrote in response on November 16, to communicate that he would choose "option A, the 40 hour work week for now." In explaining why he disagreed with the accommodation options offered, Mr. Magnotti wrote:

> . . . . Further, the city does not recognize natural immunity, of which I have tested positive.
>
> The most recent firefighters, to my knowledge, who have tested positive for Covid and have been on sick leave from work in Kirkland have been 'fully vaccinated.' There is no evidence I or any firefighter

DECLARATION OF JAMES LOPEZ - 10

1                in Kirkland who is unable to take this injection is any less safe to our

2                peers or patients than anyone who has received the injections.

3  A true and correct copy of the email exchange between Mr. Magnotti and Ms. Southworth is

4  attached hereto as Exhibit 16. As stated in CDC resources Mr. Magnotti indicated he had read as

5  part of the City's process for requesting an exemption from the vaccination requirement, "Studies

6  show that COVID-19 vaccines are effective, especially at keeping adults and children from getting

7  seriously ill even if they do get COVID-19," and "COVID-19 vaccines are effective at protecting

8  people from COVID-19 and help keep adults and children from getting seriously sick. COVID-19

9  vaccines can reduce the risk of people spreading the virus that causes COVID-19." *See* September

10  24, 2021 Religious Accommodation Request Form of Mr. Magnotti *and*

11  https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html.

12        31.    Mr. Magnotti was granted an exemption from mandatory COVID-19 vaccination and

13  assigned to a day-shift position in which his primary duties included conducting inspections. The

14  accommodation was implemented effective November 22, 2021, and approved through December

15  31, 2021, with possibility of extension. A true and correct copy of the Reasonable Accommodation

16  Agreement signed by Mr. Magnotti and the City is attached as Exhibit 17.

17      **Accommodation of Firefighter/EMT Ryan Stevie:**

18        32.    Firefighter/EMT Ryan Stevie requested an accommodation for his religious

19  objection to the COVID-19 vaccine. Mr. Stevie initially asked to be allowed to "continue with

20  current masking policy." A true and correct copy of Mr. Stevie's September 9, 2021 Religious

21  Accommodation Request Form is attached hereto as Exhibit 18. In his September 2021 interactive

22  process meeting, he informed Ms. Southworth that his requested accommodation was: "#3 – need to

23  know the details." A true and correct copy of the City of Kirkland Religious Exemption Interactive

24  Meeting form for Mr. Stevie is attached hereto as Exhibit 19.

25        33.    As with the other firefighters requesting accommodation, on Friday, October 1, Ms.

26  Southworth wrote to Mr. Stevie to inform him that his preferred option to remain on shift was no

DECLARATION OF JAMES LOPEZ - 11

longer available, but that he could select to move to day-shift duties or take an unpaid leave of absence beginning on October 18, 2021. On October 14, 2021, Ms. Southworth emailed Mr. Stevie with the day-shift accommodation agreement.

34.     On October 14, 2021, Ms. Southworth emailed Mr. Stevie with the day-shift accommodation agreement. Upon reviewing the initial agreement, Mr. Stevie replied requesting several modifications to the agreement, including, among other things, removal of the requirement for subsequent vaccination if a vaccine was released that did not involve use of fetal stem cells in development, production, or testing; a change away from one of his supervisors; and modification to allow a flex schedule. Ms. Southworth subsequently provided a revised agreement. True and correct copies of the October 14th and 15th, 2021 emails exchanged between Ms. Southworth and Mr. Stevie are attached hereto as Exhibit 20.

35.     Mr. Stevie was granted an exemption from mandatory COVID-19 vaccination and assigned to a day-shift position in which his primary duties included Aid lead, ED curriculum and training materials; his secondary duty was conducting inspections. The accommodation was implemented effective October 18, 2021, and approved through December 31, 2021, with possibility of extension. A true and correct copy of the October 13, 2021 Reasonable Accommodation Agreement signed by Mr. Stevie and the City is attached as Exhibit 21.

36.     After lengthy negotiations, the City and the IAFF eventually agreed to a memorandum of understanding regarding reasonable accommodations, which was executed November 2021. A true and correct copy of the November 2021 MOU is attached as Exhibit 22.

37.     On December 3, 2021, my executive assistant sent on my behalf emails to the accommodated employees relating to the expiration of their accommodation on December 31, 2021. The email advised the employees why the City could not continue the day-shift assignments past December 31, 2021, about options after that date, and how to reach out to Human Resources with other accommodation ideas they would like the City to consider. True and correct copies of the emails are attached as Exhibit 23.

DECLARATION OF JAMES LOPEZ - 12

38.    On December 8, the City and the IAFF met to discuss potential alternative accommodations and options. The City agreed to rehire unvaccinated employees for a period of two years following separation. A true and correct copy of the December 2021 MOU documenting the rehire agreement is attached as Exhibit 24.

39.    As of January 1, 2022, two unvaccinated firefighters continue to be accommodated with a religious-based accommodation, and one unvaccinated firefighter has been provided an interim medical accommodation. Three unvaccinated firefighters were separated from employment effective December 31, 2021. Five unvaccinated firefighters remain employees of the City in some form of protected leave or other status but who are no longer being accommodated with a vaccination exemption.

40.    None of the Kirkland Firefighter/EMTs identified in the lawsuit has filed an EEOC charge alleging a violation of Title VII.

41.    None of the Kirkland Firefighter/EMTs identified in the lawsuit has filed a claim for damages form with the City. A copy of the City's claim for damages form and information regarding how to file a claim may be found on the City's website. See https://www.kirklandwa.gov/Government/Departments/Finance-and-Administration/City-Clerk/File-a-Claim-for-Damages.

42.    Kirkland has expended over $3.75 million in response to COVID between March 2020 and December 30, 2021. This includes Fire Overtime expenses estimated to be approximately $1.4 million and COVID-related expenses (excluding Fire overtime and pandemic leave expenses) estimated to be approximately $2.35 million. These expenses include the cost of facilities improvements, supplies, human services support, and EOC operations. The expenditures noted here are a subset of the total COVID-related expenditures of the City between March 2020 and December 30, 2021.

I declare under penalty of perjury under the laws of the State of Washington that the

DECLARATION OF JAMES LOPEZ - 13

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  foregoing is true and correct to the best of my knowledge.

2       EXECUTED this 3rd day of January, 2022, at Kirkland, Washington.

3

4                                                              James Lopez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JAMES LOPEZ - 14

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Attorney(s) Name & Address | Party(ies) Represented | Method of Service |
|---|---|---|
| Tracy Tribbett<br>Pacific Justice Institute<br>6404 Three Rivers Drive<br>Pasco, WA 99301<br>ttribbett@pji.org | Plaintiffs | ✓ Electronic Mail<br>✓ King County E-Service |
| Matt T. Paxton<br>Richard A. Davis III<br>Chmelik Sitkin & Davis P.S.<br>1500 Railway Avenue<br>Bellingham, WA 98225<br>mpaxton@chmelik.com<br>rdavis@chmelik.com | Defendant Chief Doug McDonald and Northshore Fire Dept., a/k/a King County Fire Dist. #16 | ✓ Electronic Mail<br>✓ King County E-Service |
| Amanda Butler<br>Paul J. Treisch<br>Keating, Bucklin & McCormack, Inc.<br>801 Second Ave., Suite 1210<br>Seattle, WA 98104<br>abutler@kbmlawyers.com<br>ptriesch@kbmlawyers.com | Defendants Puget Sound Regional Fire Authority, Districts #37 and #43;<br>Chief Randy Fehr and Enumclaw Fire Dept.;<br>Chief Matt Cowan and Shoreline Fire Dept.;<br>King County Fire Dist. #4 | ✓ Electronic Mail<br>✓ King County E-Service |
| Lori M. Bemis<br>McGavick Graves<br>1102 Broadway, Suite 500<br>Tacoma, WA 98402<br>lmb@mcgavick.com | Defendant Chief Matt Morris and Puget Sound Regional Fire Authority, Districts #37 and #43 | ✓ Electronic Mail<br>✓ King County E-Service |
| Denise Ashbaugh<br>Jonah O. Harrison<br>Arete Law Group<br>1218 3rd Ave., Suite 2100<br>Seattle, WA 98101<br>dashbaugh@aretelaw.com<br>jharrison@aretelaw.com | Defendants Chief Jay Hagen and Bellevue Fire Dept.;<br>City of Bellevue | ✓ Electronic Mail<br>✓ King County E-Service |

DECLARATION OF JAMES LOPEZ - 15

| Attorney(s) Name & Address | Party(ies) Represented | Method of Service |
|---|---|---|
| Ann M. Summers<br>Senior Deputy Prosecuting Attorney<br>Civil Division, Government Affairs and Litigation<br>King County Prosecuting Attorney's Office1191 Second Avenue, Suite 1700<br>Seattle, WA 98101<br>ann.summers@kingcounty.gov | Defendants Chief Medical Director Thomas Rea, MD, and King County Medic One Emergency Medical Services | ✓ Electronic Mail<br>✓ King County E-Service |
| Michelle K. Fossum<br>Laura J. Black<br>Sayre Sayre & Fossum<br>201 W. North River Dr., Suite 460<br>Spokane, WA 99201<br>michelle@sayrelaw.com<br>laura@sayrelaw.com | Defendants Chief Steve Heitman and Renton Regional Fire Authority;<br>Chief Vic Pennington and South King Fire Dist. #39<br>Chief Charlie Krimmert, Fire Dist. #13 | ✓ Electronic Mail<br>✓ King County E-Service |
| Stuart A. Cassel<br>Robert L. Christie<br>Ann E. Trivett<br>Christie Law Group, PLLC<br>2100 Westlake Ave. N., Suite 206<br>Seattle, WA 98109<br>stu@christielawgroup.com<br>bob@christielawgroup.com<br>ann@christielawgroup.com | Defendants Chief Adrian Sheppard and Redmond Fire Dept.;<br>City of Redmond | ✓ Electronic Mail<br>✓ King County E-Service |
| Paul J. Lawrence<br>Zachary Pekelis Jones<br>Kai A. Smith<br>Pacifica Law Group, LLP<br>1191 Second Ave., Suite 2000<br>Seattle, WA 98101<br>paul.lawrence@pacificalawgroup.com<br>zach.pekelis.jones@pacificalawgroup.com<br>kai.smith@pacificalawgroup.com | Defendants Chief Randy Krause, Port of Seattle Fire Dept.;<br>Assistant Chief Todd Starkey and Port of Seattle Fire Dept.<br>Port of Seattle | ✓ Electronic Mail<br>✓ King County E-Service |
| Patricia K. Buchanan<br>Megan F. Starks<br>Adam G. Cuff<br>Patterson Buchanan Fobes & Leitch, P.S.<br>1000 Second Ave., 30th Floor | Defendants Chief Doug McDonald and Northshore Fire Dept., a/k/a King County Fire Dist. #16; | ✓ Electronic Mail<br>✓ King County E-Service |

DECLARATION OF JAMES LOPEZ  - 16

SUMMIT LAW GROUP, PLLC<br>315 FIFTH AVENUE SOUTH, SUITE 1000<br>SEATTLE, WASHINGTON 98104-2682<br>Telephone: (206) 676-7000<br>Fax:  (206) 676-7001

| Attorney(s) Name & Address | Party(ies) Represented | Method of Service |
|---|---|---|
| Seattle, WA 98104<br>pkb@pattersonbuchanan.com<br>mstarks@pattersonbuchanan.com<br>agc@pattersonbuchanan.com | Chief Eric Hicks and King County Fire Dist. #20;<br>Chief Alton "Brian" Culp and Fall City Fire Dist. #27;<br>Chief Jeff Clark and East Side Fire Dist. #14<br>King County Fire Protection District # 2 and Chief Michael Marrs | |
| Michael B. McDermott<br>Johnson, Graffe, Keay, Moniz & Wick, LLP<br>925 Fourth Ave., Ste. 2300<br>Seattle, WA 98104<br>Mcdermottm@jgkmw.com | Defendant Thomas Rea, MD | ✓ Electronic Mail<br>✓ King County E-Service |

DATED this 3rd day of January, 2022.

_s/ Colleen A. Broberg_
Colleen A. Broberg, Legal Assistant

DECLARATION OF JAMES LOPEZ - 17