# EXHIBIT 4



Corey H <coreymhall@gmail.com>

## Fw: COVID-19 Accommodations Update

**Corey Hall** <CHall@kirklandwa.gov>  Sun, Dec 5, 2021 at 7:43 PM
To: Corey <coreymhall@gmail.com>

---

**From:** Amy Bolen <ABolen@kirklandwa.gov>
**Sent:** Friday, December 3, 2021 10:50 AM
**To:** Corey Hall <CHall@kirklandwa.gov>
**Cc:** Justin Becker <JBecker@kirklandwa.gov>; Kristen Deskin <KDeskin@kirklandwa.gov>
**Subject:** COVID-19 Accommodations Update

*Sent on behalf of Jim Lopez, Deputy City Manager*

Corey,

Currently, you have been granted an accommodation from COVID-19 vaccination through December 31, 2021. The City is meeting with your Local 2545 leadership next week to discuss possibilities for unvaccinated firefighters in 2022. Nevertheless, the City wanted to provide you the following information as soon as possible. The following is the current process, unless a different resolution is reached with the union at next week's meeting.

The City has evaluated the day-shift assignment accommodations that have been provided to unvaccinated firefighters and has determined that we will have substantially completed the intended work by the end of the year. After December 31, the City will no longer be able to offer a day-shift assignment as a reasonable accommodation. The City has further evaluated the other alternative accommodations that were offered, including use of leave and leave without pay, and determined that we can no longer absorb the burdens of those accommodations.

In addition, after thoroughly analyzing the City's operational, financial, liability, and administrative capabilities and burdens and considering the various options and requests for alternative accommodations, the City has determined that there are no other reasonable accommodations available for the City to provide firefighters with a religious exemption from vaccination. Because accommodations are individualized, please reach out to Kristen Deskin in Human Resources (KDeskin@kirklandwa.gov) or your Local 2545 leadership if there are alternative accommodations you'd like the City to consider beyond those already requested or offered. Absent unique circumstances, after December 31, 2021, you will no longer be accommodated with an exemption from the requirement to be vaccinated for your firefighter/EMT position.

Without an accommodation or vaccination, you cannot perform an essential function of your position. Therefore, the City anticipates that you will have to be separated from employment with the City. You have the option to voluntarily separate from the City and submit a resignation or retirement letter indicating the effective date of separation as December 31, 2021, or earlier.

For a period of one year following voluntary separation, the City will guarantee (with Civil Service Commission concurrence) non-probationary employees reinstatement to the position from which they resigned or a vacant position in the same or comparable class if the employee becomes fully vaccinated (under the criteria for being fully vaccinated in place at the time of reinstatement) or there is no longer any federal, state, and/or local requirement to be vaccinated. Such reinstatement must be consistent with the Civil Service Rules, which provide that an employee who has resigned may be reinstated with the approval of the appointing authority and with concurrence of the Commission.

If we have not received a voluntary separation letter from you by **Monday, December 20**, then the City will proceed with the pre-separation process. That process will include a notice of proposed separation and the option for you to meet with Chief Sanford or his designee within five days after the notice of proposed separation. The separation will be effective when a final determination is made by the fire chief.

We understand that some accommodated firefighters have indicated an intention to become fully vaccinated in the near future. The City is willing to provide a short extension of the day-shift accommodation in order to become fully vaccinated. In order to be eligible for this extension, you must initiate the process of vaccination by no later than December 27, 2021, providing proof of the initial dose of a CDC-approved vaccination taking place by that date, and you must be fully vaccinated by no later than February 14, 2022.

Thank you,
Jim



**James C. Lopez**
**Deputy City Manager, External Affairs**
City of Kirkland
425 587 3001

www.kirklandwa.gov

**Amy Bolen**
**Executive Assistant**
425 587 3007

**City of Kirkland COVID-19 Information & Resources:**
-Resident Resources for COVID-19
-Business Resources for COVID-19
-Ways to Help During COVID-19
-COVID-19 Updates from the City

NOTICE: This e-mail account is part of the public domain. Any correspondence and attachments, including personal information, sent to and from the City of Kirkland are subject to the Washington State Public Records Act, Chapter 42.56 RCW, and may be subject to disclosure to a third party requestor, regardless of any claim of confidentiality or privilege asserted by an external party.